## Commonwealth *v.* Sarasnick, Appellant.

Argued November 12, 1969.

*George B. Stegenga,* for appellant; *Jack H. France,* Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.